U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JAN 1 3 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| --- | --- | --- |
|  | * | 18 U.S.C. § 471; 18 U.S.C. § 492; |
| VERSUS | * | 28 U.S.C. § 2461(c) |
|  | * |  |
| JORDAN LEON HUNTSBERRY | * | 6:21-CR-00002-01 |
|  |  | JUDGE SUMMERHAYS |
|  |  | MAGISTRATE JUDGE HANNA |

**INDICTMENT**

THE GRAND JURY CHARGES:

## COUNT 1

### Counterfeiting Obligations or Securities of the United States
### [18 U.S.C. § 471]

On or about July 25, 2020, in the Western District of Louisiana, the defendant, JORDAN LEON HUNTSBERRY, with intent to defraud, did falsely make and counterfeit obligations of the United States, that is, falsely made and counterfeited the following:

| QUANTITY | DENOMINATION | SERIAL NUMBER |
| --- | --- | --- |
| 9 | CFT $50 FRN | MG05392077A |
| 92 | CFT $20 FRN | MK07273745E |
| 89 | CFT $20 FRN | MK07273748E |
| 88 | CFT $20 FRN | MK07273747E |
| 89 | CFT $20 FRN | MF53245158K |
| 28 | CFT $20 FRN | LGQ03229158 |
| 5 | CFT $20 FRN | MK84390576D |
| 5 | CFT $20 FRN | MK84390577D |
| 5 | CFT $20 FRN | MK84390572D |
| 5 | CFT $20 FRN | MF09575082B |
| 3 | CFT $20 FRN | MC47916351E |
| 3 | CFT $20 FRN | MC09140707A |

| 3 | CFT $20 FRN | GK89777240B |
| --- | --- | --- |
| 5 | CFT $20 FRN | MG93943605B |
| 5 | CFT $20 FRN | MK66987980D |
| 4 | CFT $20 FRN | ME24213868I |
| 4 | CFT $20 FRN | MH43755406A |
| 2 | CFT $20 FRN | MG56697103F |
| 2 | CFT $20 FRN | JL14711461A |
| 2 | CFT $20 FRN | MB55290252E |
| 2 | CFT $20 FRN | ML23351366A |
| 1 | CFT $20 FRN | ML27694854N |
| 1 | CFT $20 FRN | MG66947343C |
| 1 | CFT $20 FRN | ML00613404L |
| 1 | CFT $20 FRN | MK37669385C |
| 1 | CFT $20 FRN | MF09575081B |
| 5 | CFT $20 FRN | MF09575082B |
| 1 | CFT $20 FRN | MF09575083B |
| 1 | CFT $20 FRN | MF09749474B |
| 1 | CFT $10 FRN | MB09919929C |
| 1 | CFT $10 FRN | MC15674396B |
| 3 | CFT $5 FRN | MF83561716G |

all in violation of Title 18, United States Code, Section 471. [18 U.S.C. § 471].

## Forfeiture Allegation
### [18 U.S.C. § 492 and 28 U.S.C. § 2461(c)]

1.  The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c). [18 U.S.C. § 492 and 28 U.S.C. § 2461(c)].

2.  Upon conviction of one or more of the offenses in violation of 18 U.S.C. § 471 set forth in Count 1 of this Indictment, the defendant, Jordan Leon Huntsberry, shall forfeit to the United States pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c) all counterfeits of any obligations or other securities of the United States; any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C. § 471; and

any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things, found in the possession of the defendant without proper authority. The property to be forfeited includes, but is not limited to, the following:

(a) One (1) Epson XP 7100 printer, bearing serial number X5D5072983;

(b) One (1) Blue HP Laptop, bearing serial number 5cd5462tsq; and

(c) Four-hundred-sixty-seven (467) counterfeit obligations of the United States of America, itemized as follows:

| QUANTITY | DENOMINATION | SERIAL NUMBER |
|---|---|---|
| 9 | CFT $50 FRN | MG05392077A |
| 92 | CFT $20 FRN | MK07273745E |
| 89 | CFT $20 FRN | MK07273748E |
| 88 | CFT $20 FRN | MK07273747E |
| 89 | CFT $20 FRN | MF53245158K |
| 28 | CFT $20 FRN | LGQ03229158 |
| 5 | CFT $20 FRN | MK84390576D |
| 5 | CFT $20 FRN | MK84390577D |
| 5 | CFT $20 FRN | MK84390572D |
| 5 | CFT $20 FRN | MF09575082B |
| 3 | CFT $20 FRN | MC47916351E |
| 3 | CFT $20 FRN | MC09140707A |
| 3 | CFT $20 FRN | GK89777240B |
| 5 | CFT $20 FRN | MG93943605B |
| 5 | CFT $20 FRN | MK66987980D |
| 4 | CFT $20 FRN | ME24213868I |
| 4 | CFT $20 FRN | MH43755406A |
| 2 | CFT $20 FRN | MG56697103F |
| 2 | CFT $20 FRN | JL14711461A |
| 2 | CFT $20 FRN | MB55290252E |
| 2 | CFT $20 FRN | ML23351366A |
| 1 | CFT $20 FRN | ML27694854N |
| 1 | CFT $20 FRN | MG66947343C |
| 1 | CFT $20 FRN | ML00613404L |
| 1 | CFT $20 FRN | MK37669385C |
| 1 | CFT $20 FRN | MF09575081B |

| | | |
|---|---|---|
| 5 | CFT $20 FRN | MF09575082B |
| 1 | CFT $20 FRN | MF09575083B |
| 1 | CFT $20 FRN | MF09749474B |
| 1 | CFT $10 FRN | MB09919929C |
| 1 | CFT $10 FRN | MC15674396B |
| 3 | CFT $5 FRN | MF83561716G |
| | | |
| **TOTALS:** | | |
| 467 | Not Applicable | Not Applicable |

All pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c).

A TRUE BILL:

<u>REDACTED</u>
GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney



_____ for Craig Bordelon
CRAIG R. BORDELON, II
La. Bar No. 34450
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
Telephone: (337) 262-6618